CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DERRICK WADDELL ALLEN, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00378 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| OFFICER MAXFIELD, ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED** as **MOOT**, and this case is **STRICKEN** from the active docket of the court.

**ENTER**: This 29th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE